# THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF RHODE ISLAND

IMPULSE COMMUNICATIONS, INC.,

    Plaintiff,

v.

UPLIFT GAMES LLC, TREETOP GAMES LLC, AND LIONFIELD INVESTMENTS LTD,

    Defendants.

C.A. NO.: 24-cv-00166-JJM-LDA

## DECLARATION OF NICHOLAS SHAWYER IN SUPPORT OF DEFENDANT'S CLAIM THEY DO NOT SELL ROBLOX CURRENCY

I, Nicholas Shawyer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Senior Legal Counsel of Uplift Games LLC. I make this declaration based upon my personal knowledge.

2. I submit this declaration in support of the Memorandum of Law in Support of Defendants Uplift Games LLC and Treetop Games LLC's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) and to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

3. I hereby declare that Roblox Terms and Conditions allows Players to spend Robux in Adopt Me!, but does not allow Adopt Me! to sell Robux directly to the player. When a player has insufficient Robux to purchase an Adopt Me! item, a Roblox controlled user interface pops up for the user to purchase Robux from Roblox. Therefore, to the best of my knowledge, Defendants have never sold, do not currently sell, and in fact are prohibited from selling Roblox currency, known as "Robux." in exchange of receiving real currency. All In-Game purchase of Robux are handled directly between Roblox and the Roblox user..

Executed this 27 day of June, 2024 in London, England.

[signature] *N.S.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document through the ECF system on the ___ day of June, 2024, and that notice will be sent electronically to the counsel who are registered participants identified on the Mailing Information for Case No. 24-cv-00166-JJM-LDA.

/s/ *Jeffrey K. Techentin*

2