# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IMPULSE COMMUNICATIONS, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>UPLIFT GAMES LLC, TREETOP GAMES, LLC, and LIONFIELD INVESTMENTS, LTD.,<br><br>　　Defendants. | C.A. No. 1:24-cv-00166-JJM-LDA |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS UPLIFT GAMES, LLC, AND TREETOP GAMES, LLC'S, MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f) AND TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Plaintiff, Impulse Communications, Inc., hereby opposes the Motion to Strike and to Dismiss filed by Defendants Uplift Games, LLC, and Treetop Games, LLC (Dkt. 14) for the reasons set forth in the Memorandum of Law accompanying this opposition.

WHEREFORE, Plaintiff respectfully asks this Honorable Court to Deny the Motion to Dismiss and to Strike filed by Defendants Uplift Games, LLC, and Treetop Games, LLC.

　　　　　　　　　　　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　IMPULSE COMMUNICATIONS, INC.,
　　　　　　　　　　　　　　　　　　by and through its attorneys,


　　　　　　　　　　　　　　　　　　/s/　Joseph Hoefferle, Jr.
　　　　　　　　　　　　　　　　　　Chip Muller, Esq. (#7686)
　　　　　　　　　　　　　　　　　　Joseph Hoefferle, Jr., Esq. (#8421)
　　　　　　　　　　　　　　　　　　Muller Law, LLC
　　　　　　　　　　　　　　　　　　47 Wood Avenue

        Barrington RI  02806  
        (401) 256-5171  
        chip@mullerlaw.com  
        joe@mullerlaw.com

Dated:  September 11, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2024, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system and the filing is available for viewing and downloading from the Court's CM/ECF System.

        /s/   Joseph Hoefferle, Jr., Esq.  
        Muller Law, LLC  
        Counsel for Plaintiffs