F.P ref: **KF-2024-005607**

LTD                                       T.A Ref: LIONFIELD INVESTMENTS

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention

L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**That the documents listed and attached to the Hague Request Form dated: 13-04-24**

**1) that the document has been served the (date) 19-09-2024**

que le demande a ete executee          le (date)

-at (place, street, number)   **LIONFIELD INVESTMENTS LTD**

-a (localite, rue, numero)   **Third Floor One London Square,, Cross Lanes, Guildford,, Surrey, United Kingdom, GU1 1UN**

- in one of the following methods authorised by article 5:

-dans une des formes suivantes prevues a l'article 5:

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

**c) by delivery to the addressee, who accepted it voluntarily**

**par remise simple**

**The documents referred to in the request have been delivered to: Deborah Donovan - Secretary**

Les documents mentionnes dans la demande ont ete remis a:

- (identity and description of person)

- (identite et qualite de la personne)

F.P ref: **KF-2024-005607**

T.A Ref: LIONFIELD INVESTMENTS LTD

- relationship to the addressee (family, business or other)

- liens de parente de subordination ou autres avec

le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:

que la demande n'a pas ete executee, en raison des faits suivants:

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.~~

~~Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint~~

Annexes

Documents returned

Pieces renvoyees

Done at London

fait a

in appropriate cases, documents

establishing the service:

le cas echeant, les documents

justicatifs de l'execution:

the **02-10-2024**

Signature and/or stamp:

Signature et/ou cachet:



Kf-2024-005607

à retourner - de restituire

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Joseph Hoefferle, Jr., Esq.<br>Muller Law LLC<br>47 Wood Avenue<br>Barrington, Rhode Island 02806<br>USA<br>+1 (401) 256-5171<br>joe@mullerlaw.com |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Plaintiff:<br><br>Impulse Communications, Inc.<br>c/o Muller Law LLC<br>47 Wood Avenue<br>Barrington, Rhode Island 02806<br>USA<br>+1 (401) 256-5171<br>joe@mullerlaw.com<br><br>v.<br><br>Defendants:<br><br>Uplift Games, LLC<br>823 Congress Avenue<br>Austin, Texas 78701<br>USA<br><br>and<br><br>Treetop Games LLC<br>823 Congress Avenue<br>Austin, Texas 78701<br>USA<br><br>and<br><br>Lionfield Investments Ltd.<br>Third Floor, One London Square<br>Cross Lanes<br>Guildford<br>Surrey<br>United Kingdom<br>GU1 1UN |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
**ACTE JUDICIAIRE\*\***

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | Summons: To notify the defendant addressee of claims against it and demand its response and appearance in court.<br><br>Civil Cover Sheet: To briefly summarize the parties, the claims and the basis for the court's jurisdiction in the matter.<br><br>Complaint: To set forth the claims and underlying facts asserted against the defendants. |
| Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | A civil lawsuit brought by plaintiff against the defendants, inluding the addressee, asserting that the defendants' Adopt Me! game, among other things, infringed upon and diluted plaintiff's "Adopt Me" trademark. Claims are brought under US federal trademark law and Rhode Island state and common law. Plaintiff seeks monetary damages, in an amount to be determined at trial, as well as cancellation of the US registration of the defendants' "Adopt Me!" trademark. |
| Date and Place for entering appearance**:<br>Date et lieu de la comparution** : | Within 21 days after service of the Complaint, addressee must file an answer to the Complaint with the requesting authority (i.e. plaintiff's counsel) and an appearance in the lawsuit at the:<br>United States District Court for the District of Rhode Island<br>1 Exchange Terrance<br>Providence, Rhode Island 02903<br>USA |
| Court which has given judgment**:<br>Juridiction qui a rendu la décision** : | n/a |
| Date of judgment**:<br>Date de la décision** : | n/a |
| Time limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | Addressee must file an answer to the Complaint within 21 days after service of the Complaint upon addressee. |

** if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT****<br>**ACTE EXTRAJUDICIAIRE****

| | |
|---|---|
| Nature and purpose of the document:<br>Nature et objet de l'acte : | n/a |
| Time-limits stated in the document**:<br>Indication des délais figurant dans l'acte** : | n/a |

** if appropriate / s'il y a lieu

Permanent Bureau July 2017

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Lionfield Investments Ltd
Third Floor
One London Square
Cross Lanes
Guildford
Surrey
United Kingdom
GU1 1UN

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Rhode Island Legal Services
56 Pine Street, 4th Floor
Providence, Rhode Island 02903
USA

+1 (401) 274-2652
www.rils.org

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.