IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IMPULSE COMMUNICATIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UPLIFT GAMES LLC, TREETOP GAMES, LLC, and LIONFIELD INVESTMENTS, LTD.,<br><br>    Defendants. | C.A. No. 1:24-cv-00166-JJM-LDA |

**PLAINTIFF'S OPPOSITION TO DEFENDANT LIONFIELD INVESTMENTS LTD'S MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f) AND TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Plaintiff, Impulse Communications, Inc., hereby opposes the Motion to Strike and to Dismiss (Dkt. 22) filed by Defendant Lionfield Investments Ltd ("Lionfield") for the reasons set forth in the Memorandum of Law accompanying this opposition.

On June 27, 2024, Lionfield's Co-defendants Uplift Games LLC ("Uplift") and Treetop Games , LLC ("Treetop"), jointly filed a Motion to Strike and Dismiss, which is currently pending before this Honorable Court. Plaintiff filed its opposition to that motion on September 11, 2024. Subsequently, Lionfield, which is an entity based in the United Kingdom, was served, and, on October 10, 2024, filed its own Motion to Strike and Dismiss that was substantively nearly identical to the motion filed by Uplift and Treetop. Plaintiff's present opposition to Lionfield's motion is similarly substantively nearly identical to its September 11, 2024, opposition to Uplift and Treetop's motion.

WHEREFORE, Plaintiff respectfully asks this Honorable Court to Deny the Motion to Dismiss and to Strike filed by Defendant Lionfield Investments Ltd.

        Plaintiff,

        IMPULSE COMMUNICATIONS, INC.,
        by and through its attorneys,

        /s/    Joseph Hoefferle, Jr.
        Chip Muller, Esq. (#7686)
        Joseph Hoefferle, Jr., Esq. (#8421)
        Muller Law, LLC
        47 Wood Avenue
        Barrington RI  02806
        (401) 256-5171
        chip@mullerlaw.com
        joe@mullerlaw.com

Dated:  October 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2024, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system and the filing is available for viewing and downloading from the Court's CM/ECF System.

        /s/   Joseph Hoefferle, Jr., Esq.
        Muller Law, LLC
        Counsel for Plaintiffs