**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Impulse Communications, Inc.
Plaintiff,

v.  Case No.: 1:24–cv–00166–JJM–LDA

Uplift Games, LLC, et al.
Defendant.

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. No deadline set for amended pleadings.

2. No deadline set for joinder of parties.

3. All factual discovery shall be completed by June 23, 2025

4. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by July 23, 2025

5. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by August 22, 2025

6. All expert discovery shall be completed by September 22, 2025

7. Dispositive motions shall be filed by October 22, 2025

The parties shall add any known additional defendants or third–party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

December 23, 2024   By the Court:

/s/ John J. McConnell, Jr.
United States Chief Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Ryan Jackson 401–752–7213