**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IMPULSE COMMUNICATIONS, INC., | : | |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | C.A. No.: 1:24-cv-00166-JJM-LDA |
| | : | |
| UPLIFT GAMES, LLC, | : | |
| TREETOP GAMES LLC, and | : | |
| LIONFIELD INVESTMENTS LTD | : | |
| *Defendants.* | : | |

**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS**
**TO RESPOND TO COMPLAINT**

Plaintiff, Impulse Communications, Inc. ("Impulse") and Defendants, Uplift Games, LLC, ("Uplift") Treetop Games LLC ("Treetop") and Lionfield Investments Ltd. ("Lionfield") (Uplift, Treetop and Lionfield are collectively referred to as "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that Defendants shall have up to and including February 5, 2024 to respond to the Amended Complaint.

In support of this Stipulation, Defendants' counsel respectfully submit that its clients' offices, based in the United Kingdom, have been closed for an extended period of time for the holidays and are not scheduled to reopen until January 6, 2025, which is the deadline for responding to the Complaint by application of Fed. R. Civ. P. 12(a)(4)(A) and the clients' holiday-related travel impedes Defendants' ability to respond fully to the Complaint without the requested 30-day extension. Accordingly, the Parties file this Stipulation extending the time for their response to the Complaint.

| IMPULSE COMMUNICATIONS, INC.,<br>By and through its Attorneys,<br><br><br>/s/    Joseph Hoefferle, Jr.<br>Chip Muller, Esq. (#7686)<br>Joseph Hoefferle, Jr., Esq. (#8421)<br>Muller Law, LLC<br>47 Wood Avenue<br>Barrington RI  02806<br>(401) 256-5171<br>chip@mullerlaw.com<br>joe@mullerlaw.com | UPLIFT GAMES LLC<br>TREETOP GAMES LLC<br>LIONFIELD INVESTMENT LTD<br>By and through their Attorneys,<br><br><br>/s/   Jeffrey K. Techentin<br>Bart Totten, Esq. (#5095)<br>Jeffery K. Techentin, Esq. (#6651)<br>Adler, Pollock and Sheehan, P.C.<br>100 Westminster Street, 16th Floor<br>Providence, RI 02903<br><br>Michael D. Adams<br>(pro hac vice)<br>Emily A. Nash<br>(pro hac vice)<br>MAYER BROWN LLP<br>71 S. Wacker Dr.<br>Chicago, IL 60606 |

Dated:  January 3, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, a true copy of the within document was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.

/s/ *Jeffrey K. Techentin*

2