UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IMPULSE COMMUNICATIONS, INC.,
    *Plaintiff,*

v.                                                                                                      C.A. No.: 1:24-cv-00166-JJM-LDA

UPLIFT GAMES, LLC,
TREETOP GAMES LLC, and
LIONFIELD INVESTMENTS LTD
    *Defendants.*

**PLAINTIFF, IMPULSE COMMUNICATIONS, INC.'S, MOTION TO STRIKE AFFIRMATIVE DEFENSES IN DEFENDANTS' ANSWER AND MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF**

    NOW COMES Plaintiff, Impulse Communications, Inc., by and through its counsel, to respectfully move this Honorable Court to strike affirmative defenses Nos. 1, 2, 3, 4, 5, and 6 asserted by Defendants Uplift Games LLC, Treetop Games LLC, and Lionfield Investments LTD (collectively, "Defendants") in Defendants' Answer to Plaintiff's Complaint, and to dismiss Counterclaims I, II, and III asserted by Defendants against Plaintiff, all for the reasons set forth in the accompanying memorandum.

    WHEREFORE, Plaintiff, Impulse Communications, Inc., ask this Honorable Court to grant this Motion to Strike and to Dismiss.

                                                  Respectfully,

                                                  IMPULSE COMMUNICATIONS, INC.,
                                                  by and through its attorneys,

                                                  /s/    Joseph Hoefferle, Jr.
                                                  Chip Muller, Esq. (#7686)
                                                  Joseph Hoefferle, Jr., Esq. (#8421)

                Muller Law, LLC
                47 Wood Avenue
                Barrington RI  02806
                (401) 256-5171
                chip@mullerlaw.com
                joe@mullerlaw.com

Dated:  February 26, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of February, 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system and the filing is available for viewing and downloading from the Court's CM/ECF System.

                /s/  Joseph Hoefferle, Jr.
                Muller Law, LLC
                Counsel for Plaintiff