UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Impulse Communications, Inc. | : |
| Plaintiff, | : |
| v. | : Case No. 1:24-cv-00166-JJM-LDA |
| Uplift Games LLC, Treetop Games LLC and Lionfield Investments Ltd, | : |
| Defendants. | : |

**DEFENDANTS UPLIFT GAMES LLC, TREETOP GAMES LLC AND LIONFIELD INVESTMENTS LTD'S OPPOSITION TO PLAINTIFF IMPULSE COMMUNICATIONS, INC.'S MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f) AND DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants Uplift Games LLC, Treetop Games LLC and Lionfield Investments Ltd (collectively "Defendants"), hereby oppose the Motion to Strike Affirmative Defenses in Defendants' Answer and Motion to Dismiss Defendants' Counterclaims Against Plaintiff (ECF No. 33-1) (the "Motion") filed by Plaintiff Impulse Communications, Inc. for the reasons set forth in the Memorandum accompanying this opposition.

WHEREFORE, Defendants respectfully request this Honorable Court to deny Plaintiff's Motion in its entirety. In the alternative, Defendants respectfully request leave to amend their Answer and Counterclaims to remedy any deficiency.

Respectfully submitted,

/s/ R. Bart Totten
By:

Bart Totten, Esq. (#5095)
Jeffery K. Techentin, Esq. (#6651)
ADLER, POLLOCK AND SHEEHAN, P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903

Michael D. Adams
(pro hac vice)
Emily A. Nash
(pro hac vice)
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606

*Counsel for Defendants Uplift Games LLC, Treetop Games LLC and Lionfield Investments Ltd*

Dated: March 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, a true copy of the within document was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.

/s/ R. Bart Totten