**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Impulse Communications, Inc.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Uplift Games LLC, Treetop Games LLC and Lionfield Investments Ltd,<br><br>Defendants and Counterclaim Plaintiffs. | : | Case No. 1:24-cv-00166-JJM-AEM |

**DEFENDANTS' ASSENTED-TO MOTION TO WITHDRAW**
**TWO AFFIRMATIVE DEFENSES**

Defendants and Counterclaim Plaintiffs Uplift Games LLC, Treetop Games LLC and Lionfield Investments Ltd (collectively, "Defendants"), by and through their counsel, move to withdraw their Third Affirmative Defense (Estoppel) and Fourth Affirmative Defense (Acquiescence). As grounds, Defendants state:

1. In this trademark infringement case, Plaintiff Impulse Communications, Inc. ("Plaintiff") alleges various claims for relief under state and federal laws, including the Lanham Act.

2. In their Amended Answer, Defendants asserted seven Affirmative Defenses common to Lanham Act litigation, including Estoppel (Third Affirmative Defense) and Acquiescence (Fourth Affirmative Defense). (ECF No. 47, at 38-39.)

3. Defendants and their counsel certify that the Affirmative Defenses were not asserted for any improper purpose, were viable based upon factual information available to Defendants at the time of pleading, and were subject to the extensive discovery that the Parties have undertaken in this matter. In addition, Defendants had an obligation to plead all potentially

applicable defenses pursuant to Fed. R. Civ. P. 8(c), to avoid waiver of such Affirmative Defenses and to afford the Parties a reasonable opportunity for further discovery regarding them.

4. Plaintiff has filed a Motion for Partial Summary Judgment that challenges four of Defendants' Affirmative Defenses, including Estoppel and Acquiescence. With factual development now complete, Defendants wish to withdraw the Estoppel and Acquiescence Affirmative Defenses challenged in Plaintiff's Motion for Partial Summary Judgment rather than tendering a lengthy, unnecessary, and costly substantive response.

5. Counsel for the Parties conferred by electronic correspondence on October 27, 2026. Plaintiff does not object to the relief requested herein.

WHEREFORE, Defendants respectfully request that this Court permit them to withdraw their Third Affirmative Defense (Estoppel) and Fourth Affirmative Defense (Acquiescence).

Dated: November 16, 2026

Respectfully submitted,

UPLIFT GAMES LLC
TREETOP GAMES LLC
LIONFIELD INVESTMENTS LTD
By and Through Their Attorneys,

*/s/ Jeffrey K. Techentin*
R. Bart Totten, Esq. (#5095)
Jeffrey K. Techentin, Esq. (#6651)
Adler Pollock & Sheehan P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903

Michael D. Adams (pro hac vice)
James R. Ferguson (pro hac vice)
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's CM/ECF system and the filing is available for viewing and downloading from the Court's CM/ECF system.

*/s/ Jeffrey K. Techentin*
Adler Pollock & Sheehan P.C.
Counsel for Defendants